# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY S. ROBERTS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration** | : : : | NO. 16-5531 |

## ORDER

**NOW**, this 25th day of April, 2018, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 13), the plaintiff's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall participate in a settlement conference to be scheduled by Magistrate Judge Jacob P. Hart;

2. No later than **May 11, 2018**, the parties shall serve upon each other a copy of each exhibit the party expects to offer at trial; and,

3. Trial is scheduled for **Wednesday, May 16, 2018, at 11:00 a.m., in Courtroom 9A.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.